1  THOMAS P. QUINN, JR. (SBN 132268)
   NOKES & QUINN APC
2  410 BROADWAY, STE 200
3  LAGUNA BEACH, CA 92651
   Tel: (949) 376-3500
4  Fax: (949) 376-3070
5  Email: tquinn@nokesquinn.com

6  Attorneys for Defendant EQUIFAX INC.
7
8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
9
10

| | |
|---|---|
| RYAN CHAMBERS, | Case No.: |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL** |
| EQUIFAX INC., et al., | |
| Defendants. | |

Defendant, Equifax Inc., by Counsel, hereby files this Notice of Removal of this action from the Contra Costa County Superior Court, California, wherein it is now pending as Case No. C17-01528 to the United States District Court for the Central District of California. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Defendants show this Court as follows:

1.  An action was filed on August 15, 2017 in the Contra Costa County Superior Court, California, entitled *Chambers v. Equifax Inc., et al.* Case No. C17-01528 (the "State Court Action").

2.  Equifax Inc. was served with the Complaint on August 18, 2017.

3. This Notice is being filed with this Court within thirty (30) days after Equifax Inc. was served with a copy of Plaintiffs' initial pleading setting forth the grounds for their action and their claims for relief.

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

(a) Plaintiff's Complaint, on its face, alleges a violation of the FCRA. (See Plaintiff's Complaint).

(b) The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5. Promptly after the filing of this Notice of Removal, Equifax Inc. shall give written notice of the removal to Plaintiff and to the Contra Costa County Superior Court, California, as required by 28 U.S.C. § 1446(d).

6. Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Equifax Inc. in the State Court Action.

WHEREFORE, Equifax Inc. requests that the above-described action be removed to this Court.

Dated: September 15, 2017     NOKES & QUINN

                                                /s/ Thomas P. Quinn, Jr.
                                                THOMAS P. QUINN, JR.
                                                Attorneys for Defendant
                                                EQUIFAX INC.

# CERTIFICATE OF SERVICE
## Chambers v. Equifax, Inc., et al.
### Case No.:

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On **September 15, 2017**, I served a true copy of:

### NOTICE OF REMOVAL

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ X ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to:

Todd M. Friedman
Adrian R. Bacon
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Tel: 877-206-4741
Email: tfriedman@toddflaw.com
Email: abacon@toddflaw.com
***Attorneys for Plaintiff Ryan Chambers***

[ X ]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

Place of Mailing: Laguna Beach, California.

Executed on **September 15, 2017,** at Laguna Beach, California.

## SERVICE LIST

Todd M. Friedman
Adrian R. Bacon
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Tel: 877-206-4741
Email: tfriedman@toddflaw.com
Email: abacon@toddflaw.com
*Attorneys for Plaintiff Ryan Chambers*